State *vs.* Mack.

of the chief of police directing the arrest of persons for doing certain acts mentioned, is not sufficient. That is simply his construction of an ordinance.

APPEAL from the Mayor's Court of Shreveport.

*Seay* for the Plaintiff. *Hicks* for Defendants Appellants.

### No. 778.

THE STATE VS. JAMES MACK.

When there is no bill of exception nor assignment of error, nor motion for a new trial in a criminal cause, the judgment will be affirmed.

APPEAL from the Superior Criminal Court of New Orleans. WHITAKER, J.

*Potts*, District Attorney, for the State.

State *vs.* Lafleur and Lafleur.

MANNING, C. J.   The defendant was convicted of breaking and entering a shop in the night time with intent to steal, and was sentenced to ten years' imprisonment at hard labor.

There is no bill of exception in the record, nor any assignment of errors in this court.   A new trial was not even prayed in the lower court, and the prisoner, when interrogated whether he had anything to say why sentence should not be pronounced, frankly said that he had none.

The appeal was granted on his request, written from his prison.

*Judgment affirmed.*